Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Clarice Robinson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE ROBINSON, individually, and on behalf of other members of the general public similarly situated and as an aggrieved employee pursuant to the Private Attorney General Act ("PAGA"),<br><br>        Plaintiff,<br><br>  vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; FEDEX CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-01281 MWF(SHKx)<br><br>[Assigned to Hon. Judge Michael W. Fitzgerald]<br><br>CLASS ACTION COMPLAINT<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  November 28, 2018<br>Removal Date:     February 21, 2019 |

# **NOTICE OF SETTLEMENT**

Plaintiff Clarice Robinson ("Plaintiff"), by and through her respective counsel, hereby submits this Notice of Settlement.

On July 14, 2021, the Parties attended a full-day mediation with Eleanor Barr and reached an individual settlement resolving Plaintiff Clarice Robinson's claims only. In reaching a settlement for Plaintiff's individual claims, Defendant has not provided any consideration to Plaintiff for the dismissal of the class claims and no settlement has been reached as to any part of the class claims alleged in this action.

The Parties have memorialized the terms of the settlement and fully executed the settlement agreement. In light of the settlement, the Parties will request the Court to dismiss this action in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Plaintiff has provided Defendant with a draft Joint Stipulation re Dismissal and [Proposed] Order Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which Plaintiff anticipates filing within the next seven (7) days pending Defendant's approval.

Dated: August 9, 2021

Respectfully submitted,

CAPSTONE LAW APC

By: /s/ Brandon Brouillette
Mark A. Ozzello
Brandon Brouillette
Joseph Hakakian

Attorneys for Plaintiff