JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE ROBINSON, individually, and on behalf of other members of the general public similarly situated and as an aggrieved employee pursuant to the Private Attorney General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corporation; FEDEX CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 19-1281 MWF (SHKx)<br><br>[Assigned to Hon. Michael W. Fitzgerald]<br><br>**ORDER APPROVING STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF CLARICE ROBINSON AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(II)** |

---

**ORDER RE DISMISSAL OF ACTION**

# ORDER

The Court having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice as to Plaintiff Clarice Robinson and without Prejudice as to the Class Claims Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(II), the supporting Declaration of Brandon Brouillette, and finding that **GOOD CAUSE** has been shown, hereby approves of the Parties' Joint Stipulation and Request to dismiss the above-captioned action in its entirety without hearing in light of the individual settlement reached by the Parties.

The dismissal will be *without prejudice* as to the claims of absent putative class members and *with prejudice* as to Plaintiff's individual claims, class representative claims, and right to collect from or bring a subsequent action under PAGA. The dismissal shall have no effect on the rights of any alleged unnamed aggrieved employees or the LWDA, including the right of unnamed aggrieved employees or the LWDA to bring a subsequent action under PAGA and collect penalties therefrom.

**IT IS SO ORDERED.**

Dated: August 13, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge